# EXHIBIT 23



## Characteristics of COVID-19 Patients–Mobile County, Alabama, 2020

Updated May 11, 2020

This summary describes data on COVID-19 patients available in the Alabama Department of Public Health surveillance system (ALNBS) at 8:00 am on 05/11/2020. Investigations of patients reported in recent days are ongoing and may be incomplete.

Table 1. Characteristics of Patients with COVID-19 Disease–Mobile County, Alabama, May 11, 2020

|  | Number | (%) |
|---|---:|---:|
| COVID-19 Disease | 1,478 | (100.0) |
| Hospitalized | 186 | (12.6) |
| Died from COVID-19 | 85 | (5.8) |
| **Age** | | |
| 0-4 | 10 | (0.7) |
| 5-24 | 143 | (9.7) |
| 25-49 | 530 | (35.9) |
| 50-64 | 388 | (26.3) |
| 65+ | 386 | (26.1) |
| Unknown | 21 | (1.4) |
| **Sex** | | |
| Female | 888 | (60.1) |
| Male | 584 | (39.5) |
| Unknown | 6 | (0.4) |
| **Race** | | |
| African American | 653 | (44.2) |
| Asian | 6 | (0.4) |
| White | 413 | (27.9) |
| Other/Unknown | 406 | (27.5) |
| **Zip Code** | | |
| 36582 | 52 | (3.5) |
| 36605 | 145 | (9.8) |
| 36608 | 115 | (7.8) |
| 36609 | 79 | (5.3) |
| 36695 | 118 | (8.0) |
| Other 365 | 247 | (16.7) |
| Other 366 | 652 | (44.1) |
| Unknown | 70 | (4.7) |
| **Other Characteristics** | | |
| Healthcare Workers | 221 | (15.0) |
| Employees of a LTCF* | 123 | (8.3) |
| Residents of a LTCF* | 232 | (15.7) |
| Recovered | 278 | (18.8) |

*Long-term Care Facility*

This report was generated by the Mobile County Health Department. All data are preliminary and subject to change as we continue to investigate reports of COVID-19 disease in Mobile County residents.



Table 2.  Severe Outcomes among Patients with COVID-19 Disease–Mobile County, Alabama May 11, 2020.

| *Hospitalized* | Number | (%) | *Died* | Number | (%) |
|---|---|---|---|---|---|
|  | 186 | (100.0) |  | 85 | (100.0) |
| Age |  |  | Age |  |  |
|   0-4 | 0 | (0.0) |   0-4 | 0 | (0.0) |
|   5-24 | 1 | (0.5) |   5-24 | 0 | (0.0) |
|   25-49 | 20 | (10.8) |   25-49 | 1 | (1.2) |
|   50-64 | 51 | (27.4) |   50-64 | 19 | (22.4) |
|   65+ | 109 | (58.6) |   65+ | 64 | (75.3) |
|   Unknown | 5 | (2.7) |   Unknown | 1 | (1.2) |
| Sex |  |  | Sex |  |  |
|   Female | 98 | (52.7) |   Female | 39 | (45.9) |
|   Male | 88 | (47.3) |   Male | 46 | (54.1) |
|   Unknown | 0 | (0.0) |   Unknown | 0 | (0.0) |
| Race |  |  | Race |  |  |
|   African American | 110 | (59.1) |   African American | 45 | (52.9) |
|   White | 63 | (33.9) |   White | 34 | (40.0) |
|   Other/Unknown | 13 | (7.0) |   Other/Unknown | 6 | (7.1) |
| Other Characteristics |  |  | Other Characteristics |  |  |
|    Intensive Care | 79 | (42.5) |    Hospitalized | 74 | (87.1) |
|    Mechanical Ventilation | 45 | (24.2) |    Underlying Conditions | 80 | (94.1) |
|  |  |  |    Former LTCF resident | 40 | (47.1) |
|  |  |  |    Former LTCF employee | 2 | (2.4) |

This report was generated by the Mobile County Health Department.  All data are preliminary and subject to change as we continue to investigate reports of COVID-19 disease in Mobile County residents.



Figure 1. Number of Patients with COVID-19 Disease, by Report Date–Mobile County, Alabama, May 11, 2020



Figure 2. Number of Patients with COVID-19 Disease, by Event Date–Mobile County, Alabama, May 11, 2020.

*Note: Due to a large number of asymptomatic infections or investigations missing "Illness Onset Date", we are now charting COVID-19 cases by the date closest to their first COVID event (illness onset, lab specimen collection, reported to public health, etc).*



This report was generated by the Mobile County Health Department. All data are preliminary and subject to change as we continue to investigate reports of COVID-19 disease in Mobile County residents.



Figure 3.  Residence Zip Code of Patients with COVID-19 Disease–Mobile County, Alabama, May 11, 2020

Zip code was known for 1,452 patients with COVID-19 disease.  The relative density of cases by zip code ranges from <25 (light blue) to ≥100 (dark blue).



This report was generated by the Mobile County Health Department.  All data are preliminary and subject to change as we continue to investigate reports of COVID-19 disease in Mobile County residents.