IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE FIRST OF ALABAMA, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:20-cv-00619-AKK |
| ) | |
| JOHN MERRILL, ) | |
| Secretary of State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL OF PRELIMINARY INJUNCTION (Docs. 58 and 59) OF DEFENDANT SECRETARY OF STATE JOHN MERRILL AND THE STATE OF ALABAMA**

Notice is hereby given that John Merrill, sued in his official capacity as Alabama Secretary of State, and the State of Alabama, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from a Preliminary Injunction entered in this action on June 15, 2020 (docs. 58-59).

Respectfully submitted,

Steve Marshall,
  *Attorney General*

/s James W. Davis
James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Jeremy S. Weber (ASB-3600-X42G)
Brenton M. Smith (ASB-1656-X27Q)
  *Assistant Attorneys General*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov

Winfield.Sinclair@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Jeremy.Weber@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Defendant Secretary of State*
*John Merrill and the State of Alabama*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

              *s/* Jeremy S. Weber
              *Counsel for Defendant Secretary of State*
              *John Merrill and the State of Alabama*