UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE FIRST OF ALABAMA, et al., <br><br> Plaintiffs, <br> v. <br> JOHN MERRILL, et al., <br><br> Defendants. | Case No.: 2:20-cv-00619-AKK |

## MOTION TO WITHDRAW ROBERT CLOPTON

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move to withdraw Plaintiff Robert Clopton as a party in this action. The State Defendants and the Defendant election officials in Jefferson, Lee, Mobile, Montgomery, and Wilcox counties do not oppose this motion. The remaining Defendants' have not advised Plaintiffs of their position on this motion.

All other Plaintiffs and all claims will remain in this litigation.

Accordingly, Plaintiffs respectfully request that this Court enter an order voluntarily withdrawing Mr. Clopton, with prejudice, from this litigation.

DATED this 17th day of July 2020.

/s/ Deuel Ross
Deuel Ross*
Natasha C. Merle*
Liliana Zaragoza*
Steven Lance*
Mahogane Reed*
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
dross@naacpldf.org
nmerle@naacpldf.org
lzaragoza@naacpldf.org

/s/ William Van Der Pol
William Van Der Pol [ASB-211214F]
Jenny Ryan [ASB–5455-Y84J]
ALABAMA DISABILITIES
 ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL 35487
P: (205)348-4928
wvanderpoljr@adap.ua.edu
jrryan2@adap.ua.edu

Sarah Brannon*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org

Respectfully submitted,

/s/ Caren E. Short
Caren E. Short (ASB-0646-P48N)
Nancy G. Abudu*
SOUTHERN POVERTY LAW CENTER
PO Box 1287
Decatur, GA 30031
P: (404) 521-6700
F: (404) 221-5857
caren.short@splcenter.org
nancy.abudu@splcenter.org

T. Alora Thomas-Lundborg*
Davin M. Rosborough*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2693
athomas@aclu.org
drosborough@aclu.org

/s/ Randall C. Marshall
Randall C. Marshall (ASB-3023-A56M)
ACLU FOUNDATION
OF ALABAMA, INC.
P.O. Box 6179
Montgomery, AL  36106-0179
(334) 420-1741
rmarshall@aclualabama.org

*Admitted *pro hac vice*

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to counsel of record.

                                          /s/ Deuel Ross
                                          Deuel Ross
                                          *Counsel for Plaintiffs*