# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PEOPLE FIRST OF ALABAMA, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 2:20-cv-00619-AKK |
| JOHN H. MERRILL, Secretary of State, *et al.*, | ) ) ) ) | UNOPPOSED |
| *Defendants*. | ) ) | |

### UNOPPOSED MOTION OF STATE DEFENDANTS
### TO EXTEND CERTAIN DEADLINES

State Defendants respectfully ask the Court to extend the date by which Defendants must respond to Plaintiffs' proposed findings of fact and conclusions of law, and the date by which the parties must submit a proposed pretrial order to the Court. State Defendants ask that both deadlines be moved to Friday August 28, 2020. The parties have consulted and Plaintiffs do not oppose this motion.

In support of this motion, State Defendants provide as follows:

1. This Court's scheduling order, doc. 93, required Plaintiffs to submit their proposed findings of fact and conclusions of law on August 14, 2020; for Defendants to submit their response to the Plaintiffs on August 24, 2020; and for Plaintiffs to submit a final version to the Court on September 1, 2020.

1

2. Plaintiffs submitted their proposed findings of fact and conclusions of law on August 14, 2020. Their proposal consisted of 147 pages and 455 paragraphs. Defendants will not be able to respond on August 24, which is the last day of discovery. This week the parties have participated in more than ten depositions, and four more depositions are scheduled for Monday, August 24. State Defendants were also ordered to produce documents during this week and therefore were required to review several thousand documents. In addition, State Defendants have an answer due on August 24. The Defendants therefore need additional time to meaningfully respond in a way that is helpful to the parties and the Court.

3. The State Defendants therefore ask that the Defendants' deadline to respond to Plaintiffs' proposed findings of fact and conclusions of law be extended to Friday, August 28, 2020, and that Plaintiffs' deadline to submit a final version to the Court be extended to Friday, September 4, 2020.

4. The Court's scheduling order also requires the parties to submit a joint proposed pretrial order on Tuesday, August 25, 2020. Doc. 93. Preparing this document will require careful consideration of the discovery that is still ongoing, and conferences among the parties which time has not yet allowed.

5. State Defendants therefore move that the deadline for the parties to submit a pretrial order be extended to Friday, August 28, 2020.

WHEREFORE, State Defendants ask that the Court enter an order extending the following deadlines:

- Defendants' deadline to respond to Plaintiffs' proposed findings of fact and conclusions of law to Friday, August 28, 2020;

- Plaintiffs' deadline to submit proposed findings of fact and conclusions of law to the Court to Friday, September 4, 2020; and

- The parties' deadline to submit a proposed pretrial order to Friday, August 28, 2020.

Respectfully Submitted,
Steve Marshall
  *Attorney General*

A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*

s/James W. Davis
James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Jeremy S. Weber (ASB-3600-X42G)
Brenton M. Smith (ASB-1656-X27G)
A. Reid Harris (ASB-1624-D92X)
*Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Jeremy.Weber@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov

*Counsel for State Defendants*

## Certificate of Service

I certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

s/James W. Davis
Counsel for State Defendants