# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PEOPLE FIRST OF ALABAMA, ET AL.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **JOHN MERRILL, ET AL.,** ) <br> ) <br> **Defendants.** ) | **Civil Action Number** <br> **2:20-cv-00619-AKK** |

## ORDER

Before the court is the State Defendants' motion to extend certain deadlines in the scheduling order. Doc. 177. The motion is **GRANTED**. Accordingly, the defendants' deadline to respond to the plaintiffs' proposed findings of fact and conclusions of law is August 28, 2020; the plaintiffs' deadline to submit modified findings of fact and conclusions of law is September 4, 2020; and the parties' deadline to submit a proposed pretrial order is August 28, 2020.

**DONE** the 21st day of August, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

1