# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PEOPLE FIRST OF ALABAMA,** et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **Civil Action Number 2:20-cv-619-AKK** ) |
| **JOHN MERRILL, et al.** | ) ) |
| Defendants. | ) |

## DEFENDANTS BILL ENGLISH AND JAMES MAJORS; JOHNNIE MAE KING, LASHANDRA MYRICK, AND RUBY THOMAS; AND CAROLYN DAVIS-POSEY AND BRITNEY JONES ALEXANDER'S RESPONSIVE DEPOSITION EXCERPTS

COME NOW Defendants Lee County Probate Judge Bill English and Absentee Election Manager James Majors; Lowndes County Absentee Election Manager Johnnie Mae King, Probate Judge LaShandra Myrick, and Circuit Clerk Ruby Thomas; and Wilcox County Circuit Clerk Carolyn Davis-Posey and Probate Judge Britney Jones-Alexander, all in their respective official capacities, and hereby respectfully submit their responsive deposition excerpts as follows pursuant to this Court's Pretrial Order (Doc. 214):

1. The Plaintiffs submitted their witness list and attached deposition designations of Defendants James Majors (Doc. 204-3); Bill English (Doc. 204-4); and Carolyn Davis Posey (Doc. 204-5).

2. Attached as Exhibit A are Defendant James Major's responsive deposition excerpts.

3. Attached as Exhibit B are Defendant Bill English's responsive deposition excerpts.

4. Attached as Exhibit C are Defendant Carolyn Davis Posey's responsive deposition excerpts.

Respectfully submitted this the 4th day of September, 2020.

**s/KENDRICK E. WEBB**
KENDRICK E. WEBB (WEB022)
JAMIE HELEN KIDD (HIL060)
MARK COWELL (ASB-4841-E29J)
Attorneys for Defendants Bill English, James Majors, Johnnie Mae King, Lashandra Myrick, Ruby Jones-Thomas, Carolyn Davis-Posey, and Britney Jones-Alexander
WEBB & ELEY, P.C.
7475 Halcyon Pointe Dr. (36117)
P.O. Box 240909
Montgomery, AL 36124
(334) 262-1850 – T
(334) 262-1772 – F
kwebb@webbeley.com
jkidd@webbeley.com
mcowell@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Caren Elaine Short
Southern Poverty Law Center
PO Box 1287
Decatur, GA 30031
T 404-221-5868
F 404-221-5857
caren.short@splcenter.org

Jenny R Ryan
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487-0395
T 205-348-4928
F 205-348-3909
jrryan2@adap.ua.edu

Katrina Robson
Mcelveny & Myers LLP
1625 Eye Street NW
Suite 1000
Washington D.C. 20006
T 202-383-5300
F 202-383-5414
krobson@omm.com

Maia Fleischman
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487
T 205-872-6290
mfleischman@adap.ua.edu

Randall C Marshall
American Civil Liberties Union of Alabama Foundation, Inc
P.O. Box 6179
Montgomery, AL 36106-0179
T 334-420-1741
F 334-269-5666
rmarshall@aclualabama.org

Sara M Zampierin
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
T 334-956-8200
sara.zampierin@splcenter.org

William Van Der Pol, Jr
Alabama Disabilities Advocacy Program
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487
T 205-348-4928
F 205-348-3909
wvanderpoljr@adap.ua.edu

Peter Friedman
Stephen D. Brody
O'melveny & Myers LLP
1625 Eye Street NW
Suite 1000
Washington D.C. 20006
T 202-383-5300
F 202-383-5414

Deuel Ross
Liliana Zaragoza
Natasha Merle
Steven Lance
NAACP Legal Defense and Educational Fund Inc
40 Rector Street 5th Floor
New York, NY 10006
T 212-965-7712
F 212-226-7592
dross@naacpldf.org
lzaragoza@naacpldf.org
nmerle@naacpldf.org
slance@naacpldf.org

Nancy G. Abudu
Southern Poverty Law Center
PO Box 1287
Decatur, AL 30031
T 404-521-6700
F 404-221-5857
nancy.abudu@splcenter.org

Jay M. Ross
Adams and Reese LLP
PO Box 1348
11 North Waters Street, Suite 23200
Mobile, AL 36633
T 251-433-3234
F 251-438-7733
jay.ross@arlaw.com

Aubrey Patrick Dungan
Adams and Reese, LLP
11 N. Water Street, Ste. 23200
Mobile, AL 36633
T 251-433-3234
F 251-438-7733
patrick.dungan@arlaw.com

Alora Thomas-Lundborg
American Civil Liberties Union
125 Broad Street
New York, NY 10004
T 202-549-2500
athomas@aclu.org

Davin Rosborough
American Civil Liberties Union
125 Broad Street
New York, NY 10004
T 202-549-2500
drosborough@aclu.org

Sarah Brannon
American Civil Liberties Union
915 15th Strret NW
Washington, DC 20005
T 202-549-2500
sbrannon@aclu.org

Mahogane D. Reed
NAACP Legal Defense and Educational Fund Inc
700 14th Street NW, Suite 600
Washington, DC 20005
T 202-682-1300
F 202-682-1312
mreed@naacpldf.org

Donald McKinley Carroll
Theodore A. Lawson, II
Jefferson County Attorney's Office
716 Richard Arrington, Jr. Blvd. North
Suite 280
Birmingham, AL 35203
T 205-325-5688
F 205-325-5840
carrolld@jccal.org
lawsont@jccal.org

Aubrey Patrick Dungan
Adams and Reese, LLP
11 N. Water Street, Ste. 23200
Mobile, AL 36633
T 251-433-3234
F 251-438-7733
patrick.dungan@arlaw.com

Thomas T Gallion , III
Haskell Slaughter Gallion & Walker, LLC
242 Winton Blount Loop
Montgomery, AL 36117
T 334-265-8573
F 334-264-7945
ttg@hsg-law.com

Constance C Walker
Haskell Slaughter Gallion & Walker LLC
8104 B Seaton Place
Montgomery, AL 36116
T 334-265-8573
F 334-264-7945
ccw@hsg-law.com

James W. Davis
Misty Shawn Fairbanks Messick
Brenton Merrill Smith
Winfield J. Sinclair
Jeremy Stone Weber
A. Barrett Bowdre
Andrew Reid Harris
Office of The Attorney General
501 Washington Avenue
P O Box 300152
Montgomery, AL 36130-0152
T 334-242-7300
jim.davis@alabamaag.gov
misty.messick@alabamaag.gov
brenton.smith@alabamaag.gov
winfield.sinclair@alabamaag.gov
jeremy.weber@alabamaag.gov
barrett.bowdre@alabamaag.gov
Reid.Harris@Alabamaag.gov

Todd David Engelhardt
Robert F. Dyar
Adams and Reese, LLP
1901 6th Avenue North, Ste. 3000
Birmingham, AL 35203
T 205-250-5020
todd.engelhardt@arlaw.com
robert.dyar@arlaw.com

Algert S Agricola , Jr
Barbara H. Agricola
Agricola Law, LLC
127 South 8th Street
Opelika, AL 36801
T 334-759-7557
F 334-759-7558
al@agricolalaw.com
barbara@agricolalaw.com

Jay E. Town
Eric S. Dreiband
Elliott M. Davis
T. Christian Herren, Jr.
Richard A. Dellheim
Civil Rights Division
U.S. Department of Justice
4 Constitution Square - Room 8.923 150 M Street, NE Washington, DC 20530

Jerome E. Speegle
Jennifer S. Holifield
Speegle, Hoffman, Holman & Holified, LLC
5 Dauphin Street, Ste. 301
Mobile, AL 36602
T 251-338-4283
F 251-694-1998
jspeegle@speeglehoffman.com
jholifield@speeglehoffman.com

Lee Louis Hale
Lee L. Hale
501 Church Street
Mobile, AL 36602
T 251-433-3671
lee.hale@comcast.net

Tyrone Carlton Means
Norbert H Williams
Tiffany G. Means
Means Gillis Law LLC
3121 Zelda Court
P.O. Box 5058
Montgomery, AL 36117
T 334-270-1033
F 334-260-9396
tcmeans@meansgillislaw.com
nhwilliams@meansgillislaw.com
tgmeans@meansgillislaw.com

Steven M Brom
Bachus & Brom LLC
4908 Cahaba River Road Ste. 100
Birmingham, AL 35243
T 205-970-6747
F 205-970-7776
sbrom@bachusbrom.com

Cameron Thomas Norris
Consovoy Mccarthy PLLC
1600 Wilson Boulevard Suite 700
Arlington, VA 22209
T 703-243-9423
cam@consovoymccarthy.com

Tyler R Green
Consovoy Mccarthy PLLC
1600 Wilson Blvd. Suite 700
Arlington, VA 22209
T 703-243-9423
tyler@consovoymccarthy.com

        David J. Canupp
        Lanier Ford Shaver & Payne, P.C.
        P. O. Box 2087
        2101 West Clinton Avenue, Suite 102 (35805)
        Huntsville, AL 35804
        T 256-535-1100
        F 256-533-9322
        djc@LanierFord.com

        J. Jeffery Rich
        County Attorney's Office
        100 Northside Square
        Suite 700
        Huntsville, AL 35801
        T 256-519-2061 /
        F 256-519-2059
        jrich@madisoncountyal.gov


**s/Kendrick E. Webb**
OF COUNSEL