FILED

2020 Sep-04  PM 07:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

Page 22

```
1    employees would field phone calls from
2    constituents seeking absentee ballot
3    applications; is that right?
4          A.      Yes, ma'am.
5          Q.      Do you know whether voters in
6    your county can access absentee ballot
7    applications online?
8          A.      Yes, ma'am, they can.
9          Q.      Okay.  Can they also go to your
10   office and receive absentee ballot applications
11   in person?
12         A.      Yes, ma'am, they can.
13         Q.      Do you know any other way a voter
14   in your county can request to receive an
15   absentee ballot application?
16         A.      We did have some people that
17   would come and ask for multiple applications to
18   give to their friends and neighbors, and we
19   would do that.
20         Q.      Do you know if that was common or
21   whether that happened before you became the
22   AEM?
23         A.      I have no idea.
```

```
1          Q.        Were the two people who worked in
2     your office before you became AEM, were they
3     the only two people to train you on how to
4     process absentee ballot applications?
5          A.        Yes, ma'am.  I did have some
6     phone calls with Ms. Mary Roberson.  She would
7     -- If I had a question, I could call her.
8     There were a couple emails I sent to Ed Packard
9     at the Secretary of State's office, that he
10    responded to.  There was a manual, I think
11    y'all have been provided, or will be provided,
12    a copy of it, that's sort of an instruction
13    manual, sort of a step-by-step guide on what to
14    do when you have someone that walks in or calls
15    or mails in, that was helpful.  There was also
16    a handbook, Alabama Election Handbook, that was
17    kind of a way of explanation of Title 17.
18         Q.        Okay.  Just going back to how
19    voters can receive absentee ballot
20    applications, where is your office located?
21         A.        Okay.  Currently, we're in the
22    courthouse on 9th Street in Opelika.
23         Q.        Okay.  And is the courthouse,
```

1        A.       Yes, ma'am, we did.

2        Q.       And did your office take any

3   special precautions because of COVID-19 for the

4   public?

5        A.       Yes, ma'am, we did.

6        Q.       And what were those precautions?

7        A.       Most of that was set out by the

8   County.  The county administrator had masks

9   available, disposable masks, for people to

10  wear; hand sanitizer; we had glue sticks for

11  sealing envelopes so people would not have to

12  lick their envelope; we had pens that we would

13  throw away or we would spray them down or wipe

14  them down with disinfectant after the people

15  left; the desks that were in the area for

16  people to sit at and vote or fill out

17  applications were wiped down regularly.

18               We never had a line, but we had

19  spaces marked off where people could not be

20  within six feet of each other.

21               We were in two different

22  buildings, one building was across the street

23  from the courthouse.  And I tell you that just

1      Q.      What role does your office play

2   in verifying whether an applicant's excuse for

3   requesting an absentee ballot is valid?

4      A.      Well, if an applicant says

5   they're going to be out of the county on

6   election day, I guess your question is do we

7   make sure they're actually out of the county;

8   no, ma'am, we don't.  We don't do that.

9      Q.      Okay.  And do you verify or

10   confirm any other, you know, excuses or reasons

11   for requesting an absentee ballot, other than,

12   you know, say, the voter will be out of the

13   county?

14      A.      Some are obvious, such as they're

15   over sixty-five or what we call UOCAVA, the

16   Armed Forces, the soldiers or family member

17   that are out of the area.

18      Q.      When you say some are obvious,

19   are those -- specifically or obvious, are you

20   saying -- What do you mean by that?

21      A.      Well, there's no way to verify.

22   But if their date of birth, if they're

23   obviously over sixty-five, that's . . .

1        Q.        Perfect.  So on the face of the

2    application --

3        A.        That would --

4        Q.        I'm sorry?

5        A.        I'm sorry.  That would be

6    self-evident on that one.

7        Q.        Perfect.  Okay.  But for others,

8    where it's not evident on the face of the

9    application, does your office take any

10   additional steps to verify the excuse

11   requirement?

12       A.        There are some that are -- that

13   have physician signatures or notaries on them,

14   people that have illnesses that would -- I

15   can't think of the -- it's a green form.  But

16   it's for a -- a year-long, permanent sort of

17   disability or illness.  Usually that would be

18   somebody in a nursing home or something like

19   that, that that person would have that

20   particular application so they would not have

21   to apply for it every single election during

22   the cycle, if that makes sense.

23       Q.        That does.  Thank you.

Page 32

1           A.      That's notarized and signed by a

2      physician.

3           Q.      That does.  Thank you.

4                   And just to be clear, if, for

5      example, there isn't -- the person requesting

6      an absentee ballot application isn't serving

7      overseas, and otherwise, the reason for their

8      requesting an absentee ballot is not apparent

9      on the face of the application, do you, or does

10     anyone in your office, take any other steps to

11     verify whether the reason is a valid and actual

12     reason for requesting a ballot?

13          A.      No, ma'am.

14          Q.      Has you or your office, I guess

15     the right word is, rejected an absentee ballot

16     application because of some issues with the

17     excuse requirement?

18          A.      Only if none were checked.  But I

19     can't think of anyone only for the excuse

20     requirement.

21          Q.      Thank you.  That's helpful.

22                  Have there been instances since

23     you've been Absentee Election Manager that

1    you've received an application where no excuse

2    was checked?

3           A.      Yes, ma'am.

4           Q.      And how many times, about, has

5    that happened, to your recollection?

6           A.      Two, I believe.

7           Q.      And what did you do with those

8    two, based on your recollection?

9           A.      Based on my recollection, they

10   would have been returned.

11          Q.      What do you mean when you say

12   they would have been returned?

13          A.      We had a procedure for that.  We

14   had, I want to say, two hundred sixty-one

15   applications that were rejected for one reason

16   or another.

17                  When we rejected one, we would

18   pull it off to the side; and we had a

19   deficiency letter that we would mail the

20   applicant.  And we would mail the applicant

21   their original application and their copy of

22   their ID, we'd mail that back to them with a

23   letter explaining why their application was

1    being denied.

2              The vast majority of these were

3    because people were requesting a primary runoff

4    ballot for a Democrat party, which did not

5    exist.  In Lee County, there was no runoff in

6    the Democrat party.  But people were still

7    sending in applications requesting to vote for

8    something that didn't exist.

9              There were some that were general

10   election.  Some people had voted Democrat in

11   the primary, but were requesting a Republican,

12   and we sent it back telling them, you know,

13   that would violate cross-over voting, that sort

14   of thing.

15        Q.    Okay.  Does your office prepare

16   form letters that you just modify for what the

17   reason why the application was rejected, and

18   include that?

19        A.    Yes, ma'am.

20        Q.    So for the two that were rejected

21   for failure to check an excuse, can you

22   summarize what the rejection letter in those

23   instances said or would say?

1    application?

2            A.      Yes, ma'am.

3            Q.      Did you specifically receive

4    questions from voters about whether they could

5    request an absentee ballot application because

6    of fear of contracting COVID-19?

7            A.      Yes, ma'am.

8            Q.      And what were your responses to

9    those inquiries?

10           A.      We were glad to send them out an

11   application.  Yes, that they could -- If they

12   were afraid to go to their polling place

13   because of COVID, they could request an

14   application for a ballot.

15           Q.      And did you -- How did you send

16   those applications?  Did you send them by mail

17   or email?

18           A.      We mailed them.  All physical

19   mail.

20           Q.      Okay.  And before I move on, I

21   just want to try to confirm how best to get the

22   historical absentee ballot information that we

23   noticed in the deposition notice.

Page 44

1          Q.          Thank you.  I appreciate that.

2                      And so if you receive an absentee

3     ballot application where, based on the face of

4     the application, a photo ID is required, and it

5     doesn't have a photo ID with it, accompanied

6     with the application, what does your office do?

7          A.          It goes into that deficiency

8     stack, and we send them a letter as well.  In

9     this particular election, there were a total of

10    ten.

11         Q.          Okay.  And what -- Can you recall

12    what the deficiency letter in this specific

13    circumstance would say?

14         A.          It would say your application is

15    being denied or returned because you didn't --

16    I'm just summarizing, basically did not send a

17    copy of an ID.

18         Q.          Okay.  And is the application

19    denied outright if the photo ID requirement is

20    not met?

21         A.          Yes, ma'am.

22         Q.          There's no way to cure that

23    deficiency?

Page 45

1          A.       Well, they can bring in a copy of
2      an ID or mail one in, if that answers your
3      question.
4                   In this particular case, since it
5      was a small number, I thought you might be
6      interested, I was able to research those ten,
7      four of those reapplied with ID and received
8      absentee ballots; four of them actually went to
9      their physical polling place and voted; and I
10     don't know what happened to the other two.   I
11     guess they never followed up.
12         Q.       Okay.  So we just covered, at a
13     high level and pretty quickly, what your office
14     does to absentee ballot applications that don't
15     have a photo ID photocopy when they should.
16     You send the deficiency letter; correct?
17         A.       Yes, ma'am.
18         Q.       What does your office do with
19     absentee ballot applications that do have a
20     photocopy of a photo ID, but the name on the
21     photo ID photocopy doesn't match the name on
22     the application?
23         A.       I'm not aware that we had any of

Page 49

1      A.      No, ma'am.

2      Q.      For the July 14th primary runoff,

3   did you receive any questions from voters

4   requesting help satisfying the photo ID

5   requirement?

6      A.      No, ma'am.  Not that I remember.

7      Q.      Did your office or did you

8   receive any requests from voters wanting to

9   request an absentee ballot application, to make

10   photocopies of their photo IDs?

11      A.      Not that I recall.

12      Q.      Does your office keep track of

13   the number of absentee ballot applications that

14   are not subject to the photo ID requirement?

15      A.      Other than keying it in the

16   software, entering it in there, that's the only

17   way I'd know that our office would have that.

18      Q.      But would you be familiar, know,

19   aroundabout, the number of absentee ballot

20   applications that were not subject to the photo

21   ID requirement?

22      A.      No, ma'am, I wouldn't.

23              MS. KIDD:  Object to the form.

Page 53

1    their completed absentee ballot to be counted?

2           A.       They would mail it to us, our

3    post office box, or we had some people that

4    would walk in, fill out the absentee

5    application, receive their ballot on-site, vote

6    on-site, and hand-deliver it to us at that

7    time.

8                    And some people that received

9    their ballots in the mail after they marked

10   their ballots, they would bring them and

11   hand-deliver them to us.

12          Q.       Okay.  Are you familiar with the

13   witness requirement, as it's called in the

14   Plaintiffs' First Amended Complaint?

15          A.       Yes, ma'am.

16          Q.       And how would you describe the

17   witness requirement?

18          A.       There's an affidavit envelope in

19   the packet that their secrecy envelope goes in.

20   And on that envelope, the voter would sign the

21   affidavit and either have two witnesses'

22   signature or have a notary public notarize it.

23          Q.       Do you or does your office play

Page 54

1    any role in determining whether an absentee

2    ballot complies with the witness requirement?

3            A.        No, ma'am.

4            Q.        Do you use the absentee ballot

5    affidavit at all to confirm the voter's

6    identity?

7            A.        If it's got the barcode on it --

8    it should have a barcode on it, that's how we

9    would know that the ballot was returned from a

10   specific voter, if that answers your question.

11           Q.        Okay.  I'm just thinking through

12   the process.

13                     So where, exactly, are completed

14   absentee ballots mailed?

15           A.        Post Office Box 1616, Opelika,

16   Alabama.

17           Q.        Okay.  And I think I recall, but

18   who picks up the absentee ballots from the PO

19   box?

20           A.        Either myself or one of the

21   employees.

22           Q.        After you or one of your

23   employees picks up the absentee ballots from

Page 54

```
 1    any role in determining whether an absentee

 2    ballot complies with the witness requirement?

 3          A.        No, ma'am.

 4          Q.        Do you use the absentee ballot

 5    affidavit at all to confirm the voter's

 6    identity?

 7          A.        If it's got the barcode on it --

 8    it should have a barcode on it, that's how we

 9    would know that the ballot was returned from a

10    specific voter, if that answers your question.

11          Q.        Okay.  I'm just thinking through

12    the process.

13                    So where, exactly, are completed

14    absentee ballots mailed?

15          A.        Post Office Box 1616, Opelika,

16    Alabama.

17          Q.        Okay.  And I think I recall, but

18    who picks up the absentee ballots from the PO

19    box?

20          A.        Either myself or one of the

21    employees.

22          Q.        After you or one of your

23    employees picks up the absentee ballots from
```

Page 55

1   the mail, can you walk me one more time through

2   the process you go through to make sure it's

3   counted?

4        A.      Sure.  This ballot, when it comes

5   to us in the mail, it should be in a brown

6   envelope, addressed to the Absentee Election

7   Manager; that envelope should have a barcode on

8   the outside of it, with the name.

9            When we get the envelope, we will

10   open it, take the affidavit envelope out of

11   there; we will staple that brown envelope to

12   the application that was originally received.

13            So that application now has the

14   copy of the photo ID, if that applied; it will

15   have the original envelope that the application

16   was mailed to us on it; and it will have the

17   envelope that the absentee ballot was mailed

18   in.  So all those are stapled together as one

19   piece.

20            It's removed from the file drawer

21   that says ballots mailed to the file drawer

22   that says ballots received.

23            Good so far?

1    Q.    Good.

2    A.    Then the employee takes these --

3    Once they -- Say we have five come in that day,

4    takes these five applications back to the

5    computer and pulls them up one at a time under

6    the voter's name, either by scanning the

7    barcode or typing the voter's name in, and they

8    will mark that that ballot was returned on that

9    date, by mail, and it is saved.  So that

10    information goes to the State and that answers

11    you, where those numbers are at.

12    Then that absentee ballot in that

13    affidavit envelope is placed in a box, it's

14    like a banker's box, with all the other ones

15    that come in, and that's where they stay until

16    the day of the election, and they're all turned

17    over to the absentee precinct poll.

18    Q.    Okay.  So do you know who does

19    check whether an absentee ballot meets the

20    witness requirement?

21    A.    Yes.  At that point in time, it

22    becomes the duty of the absentee poll inspector

23    whether or not to honor that affidavit envelope

Page 57

1    as a ballot that's going to count or one that's

2    not going to count.  And that's between them

3    and the Board of Registrars of how they do

4    that.

5                   We really don't tell them what to

6    do, as far as if it meets the requirements or

7    not.

8         Q.      Okay.  Do you know what criteria

9    they use to determine whether it's going to

10   count or not?

11        A.      No, ma'am.

12        Q.      Do you train or participate in

13   any training with the absentee poll inspector?

14        A.      No, ma'am.

15        Q.      Can you explain the relationship

16   between your office and the absentee poll

17   inspector's office?

18        A.       The role in the two offices are,

19   we deliver all those ballots to them.

20        Q.      Okay.  Is the absentee poll

21   inspector responsible for verifying that the

22   completed absentee ballot meets all the

23   requirements to be counted?

Page 58

```
 1            A.       Yes, ma'am.
 2            Q.       Okay.  Did your office receive
 3    any questions from voters, ahead of the July
 4    14th runoff, about the witness requirement?
 5            A.       I'm sorry.  Ask that again.
 6            Q.       Did your office receive any
 7    questions, ahead of the July 14th primary
 8    runoff, about the witness requirement?
 9            A.       From the voters?
10            Q.       That's right.
11            A.       Yes, ma'am.  I'm sure we got some
12    calls.
13            Q.       Did you personally receive any
14    calls or are you aware of conversations
15    surrounding the witness requirement?
16            A.       Yes, ma'am.
17            Q.       Can you explain those?
18            A.       We made voters aware of the
19    injunction that came down.  If they marked the
20    correct response on the affidavit, we told some
21    if they had a question, if that was a concern,
22    that they could write COVID next to their
23    illness excuse.
```

Page 86

1    of.

2          Q.      Okay.  Have you ever suspected

3    any instances of potential voter fraud in the

4    absentee ballot process?

5          A.      I can't think of any right now.

6          Q.      Do you think the photo ID

7    requirement helps to prevent voter fraud?

8                  MS. KIDD:  Object to the form.

9          A.      Yes, ma'am.

10         Q.      And why is that?

11         A.      Well, it's just one more step, in

12   my opinion, to help keep people honest.

13         Q.      And how, in your opinion, does it

14   help keep people honest?

15         A.      Well, it's kind of like a lock on

16   a door, you know, it keeps honest people honest

17   -- I don't know if I'm conveying that thought

18   good.

19                 If somebody wants to use a bad

20   idea or something, you know, if they do commit

21   fraud, that's one piece of evidence that an

22   investigator would have to follow up on a fraud

23   complaint or, you know, somebody using a stolen

```
 1    ID, if that makes sense.  You have a first

 2    place to go to.

 3              If I'm thinking about committing

 4    voter fraud, and I know I have to have a valid

 5    ID, it's going to make it harder for me to

 6    commit that fraud.

 7              Now, I can't just go and ask for

 8    a neighbor's ballot or a stranger's ballot or a

 9    family member's ballot, now I actually have to

10    show that I'm that person, if that makes sense.

11         Q.    It does.

12              MS. REED:  Okay.  I'll note that

13    we've been going for about an hour.  I have

14    maybe a few more questions, if we want to just

15    keep pushing through.

16              MS. KIDD:  That's fine with me.

17              James, are you doing okay?

18              THE WITNESS:  I'm good.  It's on

19    y'all.

20              MS. REED:  Actually, if we can,

21    if we can just take like a five-minute break.

22              MS. KIDD:  I'm good with

23    whatever.
```

1      Alabama and Secretary of State John Merrill in

2      this case.

3                    You talked earlier about what

4      would happen if you got a photo ID -- or a copy

5      of a photo ID with the absentee application and

6      the name was different on the ID than it was on

7      the application?

8            A.      Yes, sir.

9            Q.      Now, my name is Jim Davis, and

10     let's say I sent you an application and signed

11     it Jim Davis, and I put a copy of my photo ID

12     in with it, and that photo ID said James Davis.

13     So you had a Jim Davis and you had a James

14     Davis, in that case, would you automatically

15     just reject that application?

16           A.      No, sir.  Something like that,

17     and forgive me for saying simple, but in my

18     mind, it is.  We could look at that and tell

19     your application is going to have your driver's

20     license number on it and/or the last four of

21     your Social.

22                    Also, on your voter record, in

23     the software that I mentioned that the Board of

1   Registrars uses, as well as the election

2   officials, it will have all the matching

3   information in there too.  So it would be

4   pretty easy for us to figure out that James and

5   Jim are the same person in this case.

6        Q.       Oh, okay.  And let's say somebody

7   has gotten married, and they sign an

8   application in the name of Mary Jones, and they

9   send in a copy of their photo ID which hadn't

10  been changed yet, the photo ID said Mary Smith,

11  same thing, you would check things like date of

12  birth, Social Security, and driver's license

13  numbers to try to see if that's the same

14  person?

15            MS. REED:  Object to form.

16       A.       Yes, sir.

17            MR. DAVIS:  Thank you, Mr.

18  Majors.  That's all I've got.

19            MS. KIDD:  Anyone else?  I have

20  just a couple, but I don't want to jump over

21  anybody else if anyone else has anything.

22                        EXAMINATION

23  BY MS. KIDD:

Page 95

1    People First Of Alabama Et Al. v.  Merrill, John Et Al

2    James Majors (#4212762)

3                     E R R A T A   S H E E T

4    PAGE _86_ LINE _20_ CHANGE ___idea should be___

5    __changed to I.D._____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____      _09/04/2020_

24   James Majors                      Date

25

Page 96

1   People First Of Alabama Et Al. v.  Merrill, John Et Al

2   James Majors (#4212762)

3                 ACKNOWLEDGEMENT OF DEPONENT

4       I, James Majors, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11   _____        09/04/2020

12   James Majors                       Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    4th DAY OF September, 2020.

16

17

18   _____

19   NOTARY PUBLIC

20                    ALICE MCCALL
                      My Commission Expires
21                    February 26, 2023

22

23

24

25