FILED
2020 Sep-18 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE FIRST OF ALABAMA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN MERRILL, et al., )<br>)<br>Defendants. ) | Civil Action Number<br>2:20-cv-00619-AKK |

## ORDER

Before the court is the Plaintiffs' *Pro Tanto* Motion to Dismiss All Claims Against Defendants Jones-Alexander and Davis-Posey and to retain jurisdiction to enforce the Settlement Agreement. Doc. 239. The motion is **GRANTED** and Plaintiffs' claims against Defendants Jones-Alexander and Davis-Posey, in their official capacities as Probate Judge and Circuit Clerk / Absentee Election Manager of Wilcox County, Alabama, are **DISMISSED WITH PREJUDICE**, with all costs and fees taxed as paid. The Court retains jurisdiction to enforce the terms of the Settlement. The dismissal of Defendants Jones-Alexander and Davis-Posey does not affect Plaintiffs' claims against any other defendants. As to Defendants Jones-Alexander and Davis-Posey only, the motion for judgment as a matter of law, doc. 230, is **DENIED AS MOOT**.

**DONE** the 18th day of September, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE