# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE FIRST OF ALABAMA, et al.,<br><br>Plaintiffs,<br>v.<br><br>JOHN MERRILL, et al.<br><br>Defendants. | Case No.: 2:20-cv-00619-AKK |

### *PRO TANTO* MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS MYRICK, THOMAS, AND KING AND TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT

Plaintiffs People First of Alabama, Eric Peebles, Howard Porter, Jr., Annie Carolyn Thompson, Greater Birmingham Ministries, the Alabama State Conference of the NAACP, Black Voters Matter Capacity Building Institute, Teresa Bettis, and Sheryl Threadgill-Matthews (collectively, "Plaintiffs"), and Defendants LaShandra Myrick, Ruby Thomas, and Johnnie Mae King, in their official capacities as Probate Judge, Circuit Clerk, and Absentee Election Manager, respectively, for Lowndes County, Alabama (collectively, with Plaintiffs, the "Parties"), hereby move the Court to dismiss all claims against Defendants Myrick, Thomas, and King, with prejudice, with costs and fees taxed as paid, and retain jurisdiction to enforce a settlement on the following terms.

The Parties state that following initiation of this litigation, Plaintiffs have discussed local voting practices with Defendants Myrick, Thomas, and King and reached a settlement agreement under which Plaintiffs are to dismiss all claims against Defendants Myrick, Thomas, and King pursuant to terms set out in the settlement agreement, subject to this Court to retaining jurisdiction to enforce the terms of the settlement agreement.

WHEREFORE, these Parties move the Court to dismiss all claims against Defendants Myrick, Thomas, and King, with prejudice, and with costs and fees taxed as paid, and for this Court to retain jurisdiction to enforce their settlement agreement.

DATED September 22, 2020.

/s/Deuel Ross
Deuel Ross*
Natasha C. Merle*
Liliana Zaragoza*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
P: (212) 965-2200
dross@naacpldf.org

Mahogane Reed*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
700 14th Street, NW, Suite 600
Washington, DC 20005
P: (202) 682-1300
mreed@naacpldf.org

Sarah Brannon*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005-2313
P: (202) 675-2337
sbrannon@aclu.org

Randall C. Marshall [ASB-3023-A56M]
ACLU FOUNDATION
OF ALABAMA, INC.
P.O. Box 6179
Montgomery, AL  36106-0179
P: (334) 420-1741
rmarshall@aclualabama.org

Respectfully submitted,

/s/ Caren E. Short
Caren E. Short (ASB-0646-P48N)
Nancy G. Abudu*
SOUTHERN POVERTY LAW
CENTER
PO Box 1287
Decatur, GA 30031
P: (404) 521-6700
caren.short@splcenter.org

T. Alora Thomas-Lundborg*
Davin M. Rosborough*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
P: (212) 549-2693
athomas@aclu.org

William Van Der Pol [ASB-211214F]
Jenny Ryan [ASB–5455-Y84J]
Maia Fleischman
ALABAMA DISABILITIES
 ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL 35487
P: (205)348-4928
wvanderpoljr@adap.ua.edu

Katrina Robson*
O'MELVENY & MYERS LLP
1625 Eye Street NW, Suite 1000
Washington, DC 20006
P: (202) 383-5300
krobson@omm.com

*Admitted *pro hac vice*
**Attorneys for Plaintiffs**

**Attorneys for Defendant Jones-Alexander and Davis-Posey:**

<u>s/Kendrick E. Webb</u>
KENDRICK E. WEBB (ASB-1143-E59K)
JAMIE HELEN KIDD (ASB-7661-M76H)
FRED L. CLEMENTS (ASB-5682-r39c)
MARK COWELL (ASB-4841-E29J)
Attorneys for Defendants Bill English, James Majors, Johnnie Mae King, Lashandra Myrick, Ruby Jones-Thomas, Carolyn Davis-Posey, and Britney Jones-Alexander
WEBB & ELEY, P.C.
7475 Halcyon Pointe Dr. (36117)
P.O. Box 240909
Montgomery, AL 36124
(334) 262-1850 – T
(334) 262-1772 – F
kwebb@webbeley.com
jkidd@webbeley.com
fclements@webbeley.com
mcowell@webbeley.com

## CERTIFICATE OF SERVICE

 I hereby certify that on September 22, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to counsel of record.

               /s/ Deuel Ross
               Deuel Ross
               *Attorney for Plaintiffs*