FILED
 2020 Sep-22  AM 10:09
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PEOPLE FIRST OF ALABAMA, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**JOHN MERRILL, et al.,**<br><br>**Defendants.** | **Civil Action Number 2:20-cv-00619-AKK** |

## ORDER

Before the court is the Plaintiffs' *Pro Tanto* Motion to Dismiss All Claims Against Defendants Myrick, Thomas, and King and to retain jurisdiction to enforce the Settlement Agreement. Doc. 241. The motion is **GRANTED**, and Plaintiffs' claims against Defendants Myrick, Thomas, and King, in their official capacities as Probate Judge, Circuit Clerk, and Absentee Election Manager, respectively, of Lowndes County, Alabama, are **DISMISSED WITH PREJUDICE**, with all costs and fees taxed as paid. The Court retains jurisdiction to enforce the terms of the Settlement. The dismissal of Defendants Myrick, Thomas, and King does not affect Plaintiffs' claims against any other defendants. The motion for judgment as a matter of law, Doc. 230, is **DENIED AS MOOT**.

**DONE** the 22nd day of September, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE