FILED
2020 Sep-30 PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PEPLE FIRST OF ALABAMA, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>JOHN MERRILL, Secretary )<br>of State, *et al.*, )<br>)<br>*Defendants*. ) | Civil Action No. 2:20-cv-00619-AKK |

## DEFENDANTS' JOINT NOTICE OF APPEAL
## OF PERMANENT INJUNCTION (Docs. 250 & 251)

Notice is hereby given that John H. Merrill, sued in his official capacity as Alabama Secretary of State, the State of Alabama, JoJo Schwarzauer, sued in her official capacity as Circuit Clerk of Mobile County, and Don Davis, sued in his official capacity as Probate Judge of Mobile County, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from a Permanent Injunction entered in this action on September 30, 2020. *See* docs. 250, 251.

Respectfully submitted,

Steve Marshall,
 *Attorney General*

A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*

s/ *James W. Davis*
James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Jeremy S. Weber (ASB-3600-X42G)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
A. Reid Harris (ASB-1624-D92X)
  *Assistant Attorneys General*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Jeremy.Weber@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov

***Counsel for Defendants Secretary of State John H. Merrill and the State of Alabama***


s/ *Todd D. Engelhardt*
Todd D. Engelhardt (ASB-8939-T67D)
Robert F. Dyar (ASB-1876-G12Q)
ADAMS AND REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
(205) 250-5000
todd.engelhardt@arlaw.com
robert.dyar@arlaw.com

Jay M. Ross (ASB-6378-069J)

A. Patrick Dungan (ASB-0951-Y84D)
ADAMS AND REESE LLP
11 North Water Street, Suite 23200
Mobile, AL 36602
(251) 433-3234
jay.ross@arlaw.com
patrick.dungan@arlaw.com

*Counsel for Defendant JoJo Schwarzauer*


s/ *Jerome E. Speegle*
Jerome E. Speegle (SPEEJ6724)
Jennifer S. Holifield (HOLIJ4127)
SPEEGLE, HOFFMAN, HOLMAN & HOLIFIELD, LLC
P.O. Box 11
Mobile, Alabama 36601
(251) 694-1700
(251) 694-1998 (fax)
jspeegle@speeglehoffman.com
jholifield@speeglehoffman.com

s/ *Lee L. Hale*
Lee L. Hale (1143-L44L)
501 Church Street
Mobile, Alabama 36602
(251) 433-3671
(251) 432-1982 (fax)
lee.hale@comcast.net

*Counsel for Defendant Judge Don Davis*

3

## Certificate of Service

    I hereby certify that on September 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

                                          *s/* James W. Davis
                                          ***Counsel for Defendants Secretary of State***
                                          ***John H. Merrill and the State of Alabama***