FILED

2020 Oct-13  PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

———————————————

## No. 20-13695-B

———————————————

PEOPLE FIRST OF ALABAMA,
ERIC PEEBLES,
HOWARD PORTER, JR., et al.,

Plaintiffs - Appellees,

versus

SECRETARY OF STATE FOR THE STATE OF ALABAMA,
In his official capacity,
STATE OF ALABAMA (The),
JOJO SCHWARZAUER,
DON DAVIS,

Defendants - Appellants,

———————————————

On Appeal from the United States District Court
for the Northern District of Alabama

———————————————

BEFORE: JORDAN, JILL PRYOR and LAGOA, Circuit Judges.

BY THE COURT:

Appellants' motion for stay of the District Court's injunction is GRANTED

IN PART as to the witness and photo ID requirements.[1]

Appellants' motion for stay of the District Court's injunction is DENIED IN PART as to the curbside voting ban.[2]

The motions for leave to file *amici curiae* briefs with respect to Appellants' motion for stay of the injunction are GRANTED.

---

[1]    JILL PRYOR, J., dissents from the grant of the motion as to these two parts.

[2]    LAGOA, J., dissents from the denial of the motion as to this part.