Case 2:20-cv-00619-AKK   Document 282   Filed 11/16/20   Page 1 of 3
USCA11 Case: 20-13695   Date Filed: 11/16/2020   Page: 1 of 3

FILED
2020 Nov-16  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2020

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 20-13695-GG
Case Style: People First of Alabama, et al v. Secretary of State, et al
District Court Docket No: 2:20-cv-00619-AKK

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso/aw, GG
Phone #: (404) 335-6177

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-13695-GG

_____

PEOPLE FIRST OF ALABAMA,
ERIC PEEBLES,
HOWARD PORTER, JR.,
ANNIE CAROLYN THOMPSON,
GREATER BIRMINGHAM MINISTRIES,
ALABAMA STATE CONFERENCE OF THE NAACP,
BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE,
TERESA BETTIS,
SHERYL THREADGILL-MATTHEWS,

                              Plaintiffs - Appellants,

ROBERT CLOPTON, et al.,

                              Plaintiffs,

versus

SECRETARY OF STATE FOR THE STATE OF ALABAMA,
In his official capacity,
STATE OF ALABAMA (The),
JOJO SCHWARZAUER,
DON DAVIS,

                              Defendants - Appellees,

GOVERNOR OF THE STATE OF ALABAMA,
In her official capacity, et al.,

                              Defendants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to Appellants Alabama State Conference of the NAACP, Teresa Bettis, Black Voters Matter Capacity Building Institute, Greater Birmingham Ministries, Eric Peebles, People First of Alabama, Howard Porter, Jr., Annie Carolyn Thompson and Sheryl Threadgill-Matthews's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective November 16, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joseph Caruso, GG, Deputy Clerk

FOR THE COURT - BY DIRECTION